IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEVIN OGDEN,

    Petitioner,

v.                                                                      No. 2:20-cv-1292-KWR-SMV

DWAYNE SANTISTEVEN,
ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 2**) filed on **January 28, 2021**, the Court issues its separate judgment finally disposing of this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner Kevin Ogden's Fourth Habeas Petition Under 28 U.S.C. § 2254 filed on **December 14, 2020** (**Doc. 1**) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**